**Exhibit A**

**Exterior of Genuine THE BOILING CRAB Restaurant**



4846-3106-4454v.3 0095014-000018