**Exhibit B**

**Interior of Genuine THE BOILING CRAB Restaurant**



