# Exhibit C

# Genuine THE BOILING CRAB Menus



4846-3106-4454v.3 0095014-000018



# The Boiling Crab

Your fresh catch is steamed or boiled in our Cajun-style blend of spices, then tossed with one of our signature seasonings and served in a bag to preserve the flavors!

## STEP 1: WHAT'S YOUR CATCH?

| | |
|---|---|
| BLUE CRAB | MARKET PRICE |
| Seasonal | |
| OYSTERS* | $11 / 6 pcs. |
| Raw | $19 / 12 pcs. |
| DUNGENESS CRAB | MARKET PRICE |
| Seasonal | |
| SNOW CRAB LEGS | MARKET PRICE |
| KING CRAB LEGS | MARKET PRICE |
| SOUTHERN KING CRAB LEGS | MARKET PRICE |
| LOBSTER | MARKET PRICE |
| Seasonal | |
| SHRIMP | MARKET PRICE |
| CRAWFISH (SEASONAL) | MARKET PRICE |
| CRAWFISH (FROZEN) | $9 / LB |
| CLAMS | $11 / LB |
| MUSSELS | $10 / LB |

## STEP 2: WHAT'S YOUR FLAVOR?

RAJUN CAJUN — Original
THE WHOLE SHA-BANG!® — Can't decide? Mix all three!
LEMON PEPPER
GARLIC SAUCE

## STEP 3: HOW SPICY CAN YOU GO?

NON SPICY — Plain n' Simple
MED — It's gettin' HOT n' here!
MILD — Just a kick
XXX — I can't feel my mouth!

## WANT TO GET NAKED?

**TBC NAKED™ CRAWFISH or SHRIMP**
Both are available by the pound ONLY and include corn, potatoes, sausage and whole garlic cloves.

**TBC HALF NAKED™ CRAWFISH or SHRIMP**
Both are available by the pound ONLY and include corn, potatoes, sausage, and whole garlic cloves with our signature Lemon Pepper Seasoning.

Please ask your server for pricing.

## I LIKE IT FRIED!

Each selection is made to order, hand-tossed in our homemade batter and fried to perfection.
*All baskets include Cajun or LP Fries, no substitutes.*

| | |
|---|---|
| FRIED SOFTSHELL CRAB BASKET* | $15 |
| FRIED CATFISH BASKET* | $11 |
| FRIED SHRIMP BASKET* | $11 |
| CHICKEN TENDERS BASKET* | $9 |
| KIDS' CHICKEN TENDERS* | $4.75 |
| FRIED CALAMARI | $10 |
| FRIED OYSTERS | $10 |
| HOT WINGS | $6.50 / regular |
| Cajun or Lemon Pepper | $9 / large |

## EXTRAS

| | |
|---|---|
| GUMBO W/ OR W/O RICE | $7 / cup |
| Extra shrimp OR sausage additional $.50 | |
| CAJUN CHOWDER | $8 / cup w/ rice |
| Extra shrimp OR sausage additional $.50 | $8.25 / cup w/o rice |
| CORN ON THE COB | $1.25 / ea. |
| SAUSAGE | $9 / lb |
| POTATOES | $2.50 / 3 pcs. |
| CAJUN FRIES | $4 |
| LEMON PEPPER FRIES | $4 |
| SWEET POTATO FRIES | $4.95 |
| STEAMED RICE | $2.25 |
| EXTRA JUICY | $2.50 / cup |
| EXTRA CONDIMENTS | $.75 / ea. |

(Garlic Sauce, Ket/Mayo, Mayo, G's Sea-Sauce, BBQ, Ranch, Tartar, Cocktail)

## THIRSTY?

| | |
|---|---|
| ASSORTED SODAS & TEAS | $2.75 |
| DOMESTIC BEERS | $5 |
| IMPORTED/SPECIALTY BEERS | $5.50 |

*WARNING: This facility offers raw oysters from the Gulf of Mexico. Eating these oysters may cause severe illness and even death in persons who have liver disease, cancer or other chronic illnesses that weaken the immune system. If you eat raw oysters and become ill, you should seek immediate medical attention. If you are unsure if you are at risk, you should consult your physician.

4846-3106-4454v.3 0095014-000018