# Exhibit D

## Genuine THE BOILING CRAB Website

