# Exhibit E

# Genuine THE BOILING CRAB Facebook Page

