# Exhibit F

# THE BOILING CRAB Federal Trademark Registrations



**United States of America**

United States Patent and Trademark Office

## THE BOILING CRAB

**Reg. No. 3,256,219**

**Registered Jun. 26, 2007**

**Renewal Term Begins Jun. 26, 2017**

**10 Year Renewal/Corrected**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

BOILING CRAB FRANCHISE CO., LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
14331 Euclid Street, #207
Garden Grove, CA 92843

CLASS 43: RESTAURANT SERVICES

FIRST USE 4-9-2004; IN COMMERCE 4-9-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CRAB"

SER. NO. 78-954,843, FILED 08-17-2006



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

4846-3106-4454v.3 0095014-000018

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,174,077**
**Registered Jul. 17, 2012**
**Corrected Sep. 13, 2016**
**Int. Cl.: 25, 43**
**Service Mark**
**Trademark**
**Principal Register**

BOILING CRAB FRANCHISE CO., LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
14331 Euclid Street, #207
Garden Grove, CA 92843

CLASS 25: Shirts; Sweat shirts; T-shirts

FIRST USE 3-1-2011; IN COMMERCE 3-1-2011

CLASS 43: Restaurant services

FIRST USE 4-9-2004; IN COMMERCE 4-9-2004

The mark consists of the words "THE BOILING CRAB" around the graphic depiction of a crab.

OWNER OF U.S. REG. NO. 3256219

No claim is made to the exclusive right to use the following apart from the mark as shown: THE WORD "CRAB" OR THE PICTORIAL REPRESENTATION OF A CRAB

SER. NO. 85-332,952, FILED 05-27-2011

*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## THE BOILING CRAB

**Reg. No. 4,491,054**
**Registered Mar. 04, 2014**
**Corrected Sep. 13, 2016**
**Int. Cl.: 43**
**Service Mark**
**Principal Register**

Boiling Crab Franchise Co., LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
14331 Euclid Street, #207
Garden Grove, CA 92843

CLASS 43: Restaurant services

FIRST USE 4-9-2004; IN COMMERCE 4-9-2004

The color(s) blue and red is/are claimed as a feature of the mark.

The mark consists of the words "THE BOILING" in red letters and the word "CRAB" in blue letters.

OWNER OF U.S. REG. NO. 4174077, 4080202, 3256219

No claim is made to the exclusive right to use the following apart from the mark as shown: "CRAB"

SER. NO. 86-020,124, FILED 07-25-2013



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,374,534**
**Registered Jan. 09, 2018**
**Int. Cl.: 43**
**Service Mark**
**Principal Register**

Boiling Crab Franchise Co., LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
14331 Euclid St., #207
Garden Grove, CALIFORNIA 92843

CLASS 43: Restaurant services

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

The color(s) black and red is/are claimed as a feature of the mark.

The mark consists of the words "THE BOILING CRAB" in black around the stylized drawing of a crab in red outlined in black with two small black eyes.

OWNER OF U.S. REG. NO. 4174077, 4080202, 3256219

No claim is made to the exclusive right to use the following apart from the mark as shown: "CRAB" OR THE PICTORIAL REPRESENTATION OF THE CRAB

SER. NO. 87-468,007, FILED 05-30-2017

*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

4846-3106-4454v.3 0095014-000018