**Exhibit G**

**Exterior of Defendants First Knock-Off BOILING SEAFOOD Restaurant**

