**Exhibit H**

**Exterior and Interior of Second
Knock-Off BOILING SEAFOOD Restaurant**





4846-3106-4454v.3 0095014-000018