# Exhibit I

# Knock-Off BOILING SEAFOOD Menus

