# Exhibit J

# Knock-Off BOILING SEAFOOD Facebook Page

