# Exhibit K

# Knock-Off BOILING SEAFOOD Website



4846-3106-4454v.3 0095014-000018